# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Eric STAGNO<br><br>*Defendant(s)* | Case No.<br><br>2:17-MJ-0153 |

**FILED**
SEP 0 1 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 29, 2017** in the county of **San Joaquin** in the **Eastern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assaulting, Resisting, and Impeding Certain Officers or Employees |
| 38 C.F.R. §§ 1.218(a)(5) and (b)(11) | Disorderly Conduct |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF U.S. DEPT. OF VETERANS AFFAIRS CRIMINAL INVESTIGATOR BRENT K. FERRY

☒ Continued on the attached sheet.

*Complainant's signature*

Brent K. Ferry, USDVA Criminal Investigator
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug 31 2017

*Judge's signature*

City and state: Sacramento, California

Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF CRIMINAL INVESTIGATOR BRENT K. FERRY
## IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Brent K. Ferry, being duly sworn, depose and state the following:

### Purpose

1. This Affidavit is made in support of a criminal complaint and arrest warrant for:

   **a. Eric STAGNO**

   For the following federal law violations:

   **COUNT 1:** Assaulting, Resisting, and Impeding Certain Officers or Employees (18 U.S.C. § 111(a))

   **COUNT 2:** Disorderly Conduct (38 U.S.C. § 901 and 38 C.F.R. §§ 1.218(a)(5) & (b)(11))

### Affiant's Background and Experience

2. I am a Criminal Investigator with the U.S. Department of Veterans Affairs ("VA"), Veterans Affairs Police Department ("VAPD"), Criminal Investigations Division ("CID"). I am currently assigned to the resident agency for the VAPD, CID, in Palo Alto, California. VA Criminal Investigators are empowered by the Secretary of the VA (38 U.S.C. §§ 901-904) to carry firearms, execute warrants, and make arrests for the United States relating to programs and operations of the VA.

3. I have been employed with the VAPD, CID since March 2002. My duties include investigating fraud and other general crimes which occur within the VA, as well as other duties as are authorized by the Chief of Police.

### Statement of Probable Cause

4. This affidavit is based on my personal investigation, review of the evidence, witness interviews, and my review of a report prepared by Palo Alto Police officers dated January 12, 2016, relating an incident involving the defendant at Livermore Veterans Affairs Medical Center.

5. On several occasions, prior to August 29, 2017, ERIC STAGNO visited the VA Community Based Outpatient Clinic ("CBOC") in Stockton, California, and displayed aggressive and erratic behaviors toward the staff and patients. For example, on August 24, 2017, STAGNO visited the Stockton CBOC attempting to get mental health treatment. STAGNO verbalized to staff he felt he would not be taken care of because he was not "black", which staff found insulting. STAGNO called VA employee Felicia Graze, "nigger". STAGNO continued to be verbally aggressive towards staff members and patients, but ultimately departed when he was notified that local law enforcement would be contacted if he did not leave the outpatient clinic. Additionally, on August 17, 2017, STAGNO engaged in similar aggressive and erratic behavior at the Stockton CBOC.

6. On August 29, 2017, at approximately 10:13 a.m., at the Stockton CBOC, STAGNO forcibly assaulted a VA employee while that employee was performing her official duties. He also verbally threatened to assault other VA employees and veteran patients.

7. On August 29, 2017, STAGNO entered the Stockton CBOC without an appointment, bypassed a waiting line that included veteran patients, immediately approached hospital staff, and demanded that he be placed in a men's outpatient group. Due to STAGNO'S aggressive behavior at that moment and on previous days, VA employee Sharay Brandon alerted a coworker to contact the local law enforcement agency to conduct a civil stand-by while she contacted the nursing manager for the Stockton VA CBOC. Brandon contacted VA nursing manager Penny Workman and informed her that STAGNO was inside the CBOC. Workman along with VA social worker Janet La Salle and other administrators then went to the lobby area where STAGNO was currently standing.

8. Upon the staff's arrival, STAGNO sat down and immediately said to the staff, "Why are you here?! Is this show just for me?!". Workman told STAGNO that his behavior would not be tolerated and that the police were on their way. STAGNO became very angry and stated, "Who the fuck is you? Fuck the VA! I can't even get services here!". STAGNO continued to be hostile toward the staff, who felt threatened by his behavior and demeanor. STAGNO continued to verbalize inappropriate statements as he walked out of the CBOC.

9. STAGNO then came back into the CBOC and continued to be very threatening and angry. STAGNO sat down in the lobby and stated in a loud aggressive voice, "Fuck this, this is bullshit!". STAGNO continued to rant and was very agitated and threatening toward the staff based on his body posturing, finger pointing at certain staff, and holding his fist clenched. Another male patient that was in line felt threatened by STAGNO. STAGNO began to taunt the onsite security guard by calling him a "coward". STAGNO at one point "got into the security guards face and said, "Come on let's go outside!"; however, the security guard declined to physically engage with STAGNO.

10. STAGNO continued to be very aggressive toward staff. STAGNO walked outside and continued yelling, "Fuck you guys, fuck the VA, fuck all of you, fuck you!". STAGNO again exited the CBOC and within 30 seconds came back inside with a bicycle chain and lock wrapped around his right hand. VA employee Janet La Salle attempted to de-escalate STAGNO and informed him "he was not allowed inside of the clinic".

11. La Salle had positioned herself at the front main entrance door to the CBOC while she spoke with STAGNO about him not coming back inside. STAGNO pushed La Salle aggressively making La Salle lose her balance and fall back into an adjoining wall. STAGNO entered the CBCO with the bicycle chain and lock wrapped around his hand and continued his aggression and hostile behavior. STAGNO continued to make spontaneous statements to the effect of, "fuck you, fuck all of you!" and made the hand gesture of flipping his middle finger off at all the staff. STAGNO again came back into the clinic with his bike chain wrapped around his wrist and hand and made more threatening gestures. STAGNO continued to yell at staff and

2

state, "Fuck you!". STAGNO walked back out of the clinic and rode off on his bicycle away from the clinic.

12. On August 30, 2017, I interviewed La Salle. In summary, she reported she sustained injuries to her left shoulder and neck area. La Salle told me she does not know the extent of her injuries, but would be consulting her doctor to get the injuries diagnosed.

13. I ran a criminal history report for STANGO and learned that he has a history of arrests and criminal convictions relating to violence including, for example, battery, domestic violence, and threatening a crime with intent to terrorize.

## Conclusion

14. Based on the facts set forth above, there is probable cause to believe ERIC STAGNO, on August 29, 2017, forcibly assaulted Janet La Salle, a federal VA employee while in the performance of her official duties in violation 18 U.S.C. § 111(a)) and committed disorderly conduct in violation of 38 U.S.C. § 901 and 38 C.F.R. §§ 1.218(a)(5) & (b)(11)). He also repeatedly verbally threatened other VA employees and patients while holding an instrument (chain and lock) which would result in great bodily injury or death if used to assault someone. Accordingly, I request that the Court issue the criminal complaint and arrest warrant requested herein.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Brent K. Ferry
Lead Criminal Investigator
U.S. Dept of Veterans Affairs Police Dept
Criminal Investigations Division

Sworn and subscribed before me on August 31, 2017.

HON. KENDALL J. NEWMAN
United States Magistrate Judge

Approved as to form:

Robert J. Artuz
Special Assistant United States Attorney

3