HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
ERIC STAGNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-00153 KJN |
| Plaintiff, | WAIVER OF PERSONAL APPEARANCE/ PROPOSED ORDER |
| v. | Judge: Hon. Kendall J. Newman |
| ERIC STAGNO, | |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, ERIC STAGNO, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

-1-

*Waiver of Personal Appearance*

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: September 5, 2017

    /s/Eric Stagno
ERIC STAGNO
Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated: September 5, 2017

    /s/ Douglas Beevers
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ERIC STAGNO

**PROPOSED ORDER**

The Court finding that the Defendant has knowingly waived his appearance at all court hearings under which a waiver is permitted by Federal Rule of Criminal Procedure 43, IT IS ORDERED that Defendant's waiver of appearance is accepted for any of the following hearings: status conferences, hearings on pretrial motions and hearings to modify conditions of pretrial release, and hearings to set a trial date. Counsel is ordered to inform the Defendant of any scheduled court dates.

Dated: September 6, 2017

    CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE