
**FILED**

SEP - 8 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
TEL: 916-498-5700 FAX: 916-498-5710

Attorneys for Defendant
ERIC J. STAGNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC J. STAGNO,<br><br>Defendant. | CASE NO. 2:17-cr-00163-DB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: September 8, 2017<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, Magistrate Judge Kendall Newman scheduled this matter for a status conference on September 8, 2017 to address treatment programs and release conditions and also for October 4, 2017 for a general status conference.

2. Recently, the defendant was admitted to an impatient treatment program at Dignity Alcove in Stockton, CA, which is contracted by the Department of Veterans Affairs. Additionally, the United States is in the process of gathering and producing discovery relevant to the defendant's trial preparation. Given these circumstances, the parties seek to continue the status conference, at which the defendant can be arraigned on the Information. The parties agree that the defendant will remain under pretrial supervision at least until the Court can conduct a further status conference.

3. By this stipulation, the parties now jointly move to vacate the current court dates of

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
STATUS CONFERENCE

1

September 8 and October 4 and to continue the status conference to October 10, 2017 at 9:00 a.m. for arraignment and further status.

    4.    It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4. Further, the ends of justice served in granting the continuance and allowing the defendant further time to review discovery and prepare for a trial outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: September 8, 2017                PHILLIP A. TALBERT
                                          United States Attorney

                                          */s/ Robert J. Artuz*
                                          ROBERT J. ARTUZ
                                          Special Assistant U.S. Attorney

Dated: September 8, 2017                */s/ Linda Allison*
                                          LINDA ALLISON
                                          Chief Assistant Federal Defender
                                          Counsel for Defendant
                                          ERIC J. STAGNO

# [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference is continued to October 10, 2017 at 9:30 a.m. and that the currently scheduled court dates on September 8, 2017 and October 4, 2017 be vacated. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded from the date of this order through October 10, 2017.

FOUND AND ORDERED this ___ day of September, 2017.

_____
THE HONORABLE DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE