PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>                  v.<br><br>ERIC J. STAGNO,<br><br>                  Defendant. | CASE NO. 2:17-CR-00163-CKD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL CONFIRMATION HEARING AND TRIAL<br><br>DATE: December 14, 2017<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Court scheduled a trial confirmation hearing on December 14, 2017 and a jury trial and January23, 2018. By this stipulation, the parties now jointly move to continue the trial confirmation hearing to March 8, 2018 at 2 p.m. and the jury trial to March 26, 2018 at 9 a.m.

2. The United States intends to produce additional discovery for the defense's review including a 911-call recording regarding the charged offense. The parties need additional time to produce and review discovery and to prepare for trial.

3. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4. Further, the ends of justice served in granting the

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
TRIAL AND TRIAL CONFIRMATION HEARING

1

continuance and allowing the defendant further time to review discovery and prepare for a trial outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: December 13, 2017   PHILLIP A. TALBERT
United States Attorney

/s/ *Robert J. Artuz*
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: December 13, 2017   /s/ *Robert J. Artuz for*
LINDA ALLISON
Assistant Federal Defender
Counsel for Defendant
ERIC J. STAGNO

By agreement via email

## [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED, that the trial confirmation hearing is continued to March 8, 2018 at 9:30 a.m. and the jury trial is continued to March 26, 2018 at 9:00 a.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare for trial outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded from the date of this order through March 8, 2018.

FOUND AND ORDERED

Dated: December 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE