McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00163-TLN |
| Appellee, | STIPULATION AND ORDER TO CONTINUE APPEAL HEARING |
| v. | |
| ERIC J. STAGNO, | DATE: October 24, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Appellant. | |

**STIPULATION**

Appellee United States of America, by and through its counsel of record, and appellant, by and through his counsel of record, Douglas Beevers, hereby stipulate as follows:

1. By previous order, District Judge Troy L. Nunley scheduled this matter for hearing on October 24, 2019, concerning the defendant's appeal of his misdemeanor conviction in this District. ECF 83. On August 20, 2019, the defendant, the appellant, filed his opening brief. ECF 84.

2. The government has met and conferred with appellant's counsel regarding a modification to the current hearing and briefing schedule because counsel for the government is taking vacation in early September 2019 and preparing for a trial set in early November 2019. Counsel for the government will need additional time to prepare a responsive brief. Appellant's counsel does not object to the below-proposed modifications.

3. By this stipulation, the parties now jointly move to continue the appeal hearing to

STIPULATION AND ORDER TO CONTINUE APPEAL HEARING 1

November 14, 2019, and to set the following briefing schedule:

    Appellee's Responsive Brief: served and filed no later than October 1, 2019;

    Defendant's Reply Brief: served and filed no later than October 15, 2019.

IT IS SO STIPULATED.

Dated: August 30, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *Robert J. Artuz*
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: August 30, 2019

/s/ *Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Counsel for Defendant
ERIC J. STAGNO

## FINDINGS AND ORDER

IT IS SO ORDERED, that the hearing on the defendant's appeal hearing is continued to November 14, 2019, at 9:30 a.m., and the above-listed briefing schedule is adopted.

FOUND AND ORDERED this 30th day of August, 2019.

Troy L. Nunley
United States District Judge