| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant<br>ERIC STAGNO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-163 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) APPEAL HEARING |
| v. | )<br>) Date; November 14, 2019 |
| ERIC STAGNO, | ) Time: 9:30 a.m.<br>) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |

Appellee United States of America, by and through its counsel of record, and appellant, by and through his counsel of record, Douglas J. Beevers, hereby stipulate to continue the Appeal Hearing from November 14, 2019 to November 21, 2019 at 9:30 a.m. before this Court.

Dated: September 30, 2019                     Respectfully submitted,

                                                                            HEATHER E. WILLIAMS
                                                                            Federal Defender

                                                                            */s/ Douglas Beevers*
                                                                            DOUGLAS BEEVERS
                                                                            Assistant Federal Defender
                                                                            Attorney for Defendant
                                                                            ERIC STAGNO

Dated: September 30, 2019                     MCGREGOR W. SCOTT
                                                                            United States Attorney

                                                                            */s/ Robert J. Artuz*
                                                                            ROBERT J. ARTUZ
                                                                            Special Assistant United States Attorney
                                                                            Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Appeal Hearing shall be continued to November 21, 2019 at 9:30 a.m.

Dated: September 30, 2019

Troy L. Nunley
United States District Judge